IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -7 PM 3: 26

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

JAMES C. WOELM, et al.,                    )
                                           )
          Plaintiffs,                      )
                                           )
vs.                                        )      Civ. No. 05-2174-Ma/P
                                           )
INA WOELM, et al.,                         )
                                           )
          Defendants.                      )
                                           )

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference is scheduled for June 9, 2005, at 10:45 a.m. By agreement of counsel, the following dates are proposed as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):**
July 15, 2005

**JOINING PARTIES:** August 1, 2005

**AMENDING PLEADINGS:** August 1, 2005

**INITIAL MOTIONS TO DISMISS:** September 1, 2005

**COMPLETING ALL DISCOVERY:** December 1, 2005

     (a) **DOCUMENT PRODUCTION:** December 1, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-8-05



    **(b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: December 1, 2005

    **(c) EXPERT WITNESS DISCLOSURE (Rule 26):**

        **(1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: October 3, 2005

        **(2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: November 1, 2005

        **(3) EXPERT WITNESS DEPOSITIONS**: December 1, 2005

**FILING DISPOSITIVE MOTIONS**: January 15, 2006

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately three (3) days.

This case is appropriate for ADR. The parties are directed to engage in court-annexed mediation or private mediation before close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.


_____

TU M. PHAM
United States Magistrate Judge

June 7, 2005
_____
Date

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02174 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Gregory W. O'Neal
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

R. Dale Bay
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Elissa M. Mulrooney
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Zachary Michael Moore
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT